Opinion issued April 3, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00915-CV

____________


DR. ROBERT BOGAN, Appellant


V.


TOM MCDONALD AND DAWN MCDONALD, INDIVIDUALLY AND ON
BEHALF OF LAURA MCDONALD (DECEASED), Appellees






On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 2007-22997






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss his appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.